DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WENDI LEDERMAN,**
Appellant,

v.

**LIZ GRADY,** as Trustee of **THE PURVIS DEAN JACKSON, JR. TRUST OF APRIL 3, 1996,**
Appellee.

No. 4D21-151

[April 29, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Betsy Benson, Judge; L.T. Case Nos. 20-26217 COCE and 20-17848 CACE.

Wendi Lederman, North Lauderdale, pro se.

Benjamin Dishowitz of Doumar, Allsworth, Laystrom, Voigt, Wachs, Adair & Dishowitz, LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***